**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EVELYN MEDRANDA,

                Plaintiff,

    -against-                                        23 **CIVIL** 6633(SLC)

                                                            **<u>JUDGMENT</u>**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 6, 2024, Ms. Medranda's Motion is GRANTED IN PART and DENIED IN PART, and the Commissioner's Motion is GRANTED IN PART and DENIED IN PART. This action is remanded for further proceedings, consistent with this Opinion and Order, which must be completed before the ALJ within 120 days of today's date, and before the Commissioner within 60 days of any appeal from the decision of the ALJ. Accordingly, the case is closed.

**Dated:**  New York, New York

       September 6, 2024

                                                      **DANIEL ORTIZ**
                                                 **Acting Clerk of Court**

                              **BY:**  _____
                                                        **Deputy Clerk**